No. 93–8798.  WILSON *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 93–8822.  DAI QUOC LU *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–8828.  ALLEN *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–8833.  BOCAGE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8834.  BROWN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–8836.  CEASER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–8849.  CARROLL *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–8868.  SWAIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–8873.  SANTOS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 93–8875.  SHANNON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–8879.  CASTILLO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–8883.  COBLE *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–8885.  RIPPEE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–8886.  MICHELLETTI *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–8903.  GASTIABURO *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.